## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>ALFONSO CABANAS, JR. | §<br>§<br>§<br>§   DR-21-MC-22 CW<br>§ |

### ORDER

On August 25, 2021, at 2:00 P.M. the case of *United States of America v. Gonzalo Luna-Morales,* DR-21-CR-00483-(1)-AM*,* was set for felony plea/rearraignment before this Court. Alfonso Cabanas, counsel for Defendant Gonzalo Luna-Morales, was scheduled to appear on behalf of his client. Mr. Cabanas was not present at this proceeding and neglected to provide a satisfactory explanation for his absence to the Court beforehand. His motion to continue was denied by the Honorable Alia Moses on May 20, 2021.

Mr. Cabanas is hereby **ORDERED** to show cause why a sanction of criminal contempt should not be imposed pursuant to Federal Rule of Criminal Procedure 42 for his failure to appear in Court as required. Mr. Cabanas is **ORDERED** to appear at a hearing before the Court, sitting in Del Rio, Texas, on June 11, 2021, at 2:00 p.m., to show cause why he should not be held in contempt and fined and/or imprisoned as mentioned herein. The Court requests that the prosecutor for the Government in the aforementioned case prosecute this contempt proceeding.

In lieu of personally appearing in Court, Mr. Cabanas may deposit $500.00 with the registry of the Court before the date and time of his contempt hearing. Failure to comply will result in the imposition of sanctions.

**SIGNED** this 26th day of May, 2021.

JUDGE COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE